**Bolt Biotherapeutics, Inc. (BOLT)**                                                                                              **Oleg Nesterenko**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 12/27/2022 | 2,000 | $1.2600 |
| Purchase/Acquisition | 1/10/2023 | 50 | $1.4950 |
| Purchase/Acquisition | 1/10/2023 | 1,950 | $1.4999 |
| Purchase/Acquisition | 1/10/2023 | 40 | $1.4650 |
| Purchase/Acquisition | 1/10/2023 | 100 | $1.4650 |
| Purchase/Acquisition | 1/10/2023 | 100 | $1.4650 |
| Purchase/Acquisition | 1/10/2023 | 430 | $1.4699 |
| Purchase/Acquisition | 1/10/2023 | 1,330 | $1.4699 |
| Purchase/Acquisition | 1/26/2023 | 1,000 | $1.4799 |
| Purchase/Acquisition | 1/31/2023 | 100 | $1.4700 |
| Purchase/Acquisition | 1/31/2023 | 30 | $1.4700 |
| Purchase/Acquisition | 1/31/2023 | 100 | $1.4700 |
| Purchase/Acquisition | 1/31/2023 | 30 | $1.4700 |
| Purchase/Acquisition | 1/31/2023 | 89 | $1.4700 |
| Purchase/Acquisition | 1/31/2023 | 6 | $1.4700 |
| Purchase/Acquisition | 2/1/2023 | 120 | $1.4700 |
| Purchase/Acquisition | 2/1/2023 | 1,525 | $1.4700 |
| Purchase/Acquisition | 3/30/2023 | 10,000 | $1.2200 |
| Purchase/Acquisition | 5/2/2023 | 200 | $1.5699 |
| Purchase/Acquisition | 5/2/2023 | 400 | $1.5699 |
| Purchase/Acquisition | 5/2/2023 | 100 | $1.5699 |
| Purchase/Acquisition | 5/2/2023 | 42 | $1.5700 |
| Purchase/Acquisition | 5/2/2023 | 100 | $1.5699 |
| Purchase/Acquisition | 5/2/2023 | 600 | $1.5699 |
| Purchase/Acquisition | 5/2/2023 | 100 | $1.5699 |
| Purchase/Acquisition | 5/2/2023 | 200 | $1.5700 |
| Purchase/Acquisition | 5/2/2023 | 158 | $1.5700 |
| Purchase/Acquisition | 5/2/2023 | 100 | $1.5700 |
| Purchase/Acquisition | 6/14/2023 | 5,000 | $1.5499 |
| Purchase/Acquisition | 7/21/2023 | 1,000 | $1.3500 |
| Purchase/Acquisition | 4/9/2024 | 4,800 | $1.2200 |
| Purchase/Acquisition | 4/15/2024 | 2,000 | $1.1400 |
| Sale | 1/5/2023 | (1,800) | $1.4600 |