**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Gabe Galioto*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| OLEG NESTERENKO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOLT BIOTHERAPEUTICS, INC., RANDALL C. SCHATZMAN, WILLIAM P. QUINN, and EDITH PEREZ,<br><br>Defendants. | Case No.: 3:24-cv-03985-JSC<br><br>Hon. Jacqueline Scott Corley<br><br>**AMENDED STIPULATION REGARDING SCHEDULE FOR FILING AMENDED COMPLAINT AND RELATED MOTIONS**<br><br><u>CLASS ACTION</u> |

Lead Plaintiff Gabe Galioto ("Lead Plaintiff") and Defendants Bolt Biotherapeutics, Inc., Randall C. Schatzman, William P. Quinn, and Edit Perez (collectively, "Defendants," and together with Lead Plaintiff, the "Parties"), hereby submit this amended stipulation.

## RECITALS

**WHEREAS**, on July 2, 2024, Plaintiff Oleg Nesterenko filed a putative class action complaint (ECF No. 1) in the above-captioned case alleging violations of the Securities Act of 1934, and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission against the Defendants;

**WHEREAS**, the complaint asserts claims under the federal securities laws that are subject to the Private Securities Litigation Reform Act of 1995, which sets forth specialized procedures for the administration of securities class actions, including a process for the appointment of a lead plaintiff and lead counsel to represent the putative class;

**WHEREAS**, on July 11, 2024, the Court issued an Order stating (i) Defendants need not answer, move, or otherwise respond to the initial complaint in this Action until the Court appoints a lead plaintiff, and (ii) within twenty (20) calendar days of the Court's appointment of lead plaintiff and lead counsel, the Parties will meet and confer and thereafter submit a proposed briefing schedule for the filing of an amended complaint and Defendants' response thereto for the Court's approval (ECF No. 16);

**WHEREAS**, on October 3, 2024, the Court issued its Order appointing Gabe Galioto as the lead plaintiff and approving his selection of counsel (ECF No. 24);

**WHEREAS**, counsel for Lead Plaintiff and counsel for Defendants conferred regarding a schedule for filing of an amended complaint and any motions to dismiss that complaint and any related briefing, for the purpose of ensuring that the action proceeds in an efficient and orderly manner and filed a stipulation on October 23, 2024 (ECF No. 28);

**WHEREAS**, counsel for Lead Plaintiff and counsel for Defendants conferred regarding amending the previously agreed schedule for filing of an amended complaint and any motions to dismiss that complaint and any related briefing;

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the Parties, by and through their undersigned counsel and subject to the approval of this Court, that:

1.    Unless otherwise agreed by the Parties or ordered by the Court, Lead Plaintiff will file an amended complaint on or before January 17, 2025. Defendants will answer, move to dismiss, or otherwise respond to the then-operative complaint on or before March 18, 2025. If any of the Defendants file any motion(s) in response to the then-operative complaint, Lead Plaintiff shall file his brief(s) in opposition to any such motion(s) on or before May 19, 2025, and Defendants shall file any reply in further support of such motion(s) on or before July 3, 2025.

2.    This Stipulation is entered without prejudice to any party seeking or opposing any interim relief, and the Parties reserve all of their respective rights. Neither Lead Plaintiff nor Defendants waive their rights to seek or oppose from each other or the Court additional adjournments or extensions of the above deadlines.

3.    This stipulation may be executed in counterpart and may be executed by way of facsimile or electronic signature, and if so, shall be considered an original.

**IT IS SO STIPULATED.**

January 7, 2025

Respectfully submitted,

/s/ Michael J. Wernke
Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

*Counsel for Lead Plaintiff and Lead
Counsel for the Class*

/s/ Ryan E. Blair
Ryan E. Blair
Vivienne A. Pismarov
**COOLEY LLP**
10265 Science Center Drive
San Diego, CA  92121-1117

Patrick E. Gibbs
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA  94304-1130

Caitlin B. Munley (*pro hac vice forthcoming*)
**COOLEY LLP**
1299 Pennsylvania Avenue, NW Suite 700
Washington, DC 20004

*Counsel for Defendants*

The Court will hear the motion on July 24, 2025 at 10:00 a.m. in San Francisco.

Dated: January 7, 2025



IT IS SO ORDERED
AS MODIFIED

Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3