**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Gabe Galioto*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| OLEG NESTERENKO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOLT BIOTHERAPEUTICS, INC., RANDALL C. SCHATZMAN, WILLIAM P. QUINN, and EDITH PEREZ,<br><br>Defendants. | Case No.: 3:24-cv-03985-JSC<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

2

WHEREAS, no defendant in the above-captioned action *Nesterenko v. Bolt*

3

*Biotherapeutics, Inc. et al*, No. 3:24-cv-03985, brought before the United States District Court

4

for the Northern District of California, has served an answer or motion for summary judgment;

5

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure

6

7

41(a)(1)(A), Lead Plaintiff Gabe Galioto hereby voluntarily dismisses the above-captioned

8

action, without prejudice, as to all defendants. The parties agree that each shall bear their own

9

fees and costs.

10

11

Dated: January 17, 2025                          Respectfully submitted,

12

13                                               **POMERANTZ LLP**

14                                               */s/ Michael J. Wernke*
                                                 Jeremy A. Lieberman
15                                               (*pro hac vice*)
                                                 Michael J. Wernke
16                                               (*pro hac vice*)
                                                 600 Third Avenue, 20th Floor
17                                               New York, New York 10016
                                                 Telephone: (212) 661-1100
18                                               jalieberman@pomlaw.com
                                                 mjwernke@pomlaw.com
19

20                                               *Counsel for Lead Plaintiff Gabe Galioto*

21
                                                 BRONSTEIN, GEWIRTZ &
22                                               GROSSMAN, LLC
                                                 Peretz Bronstein
23                                               60 East 42nd Street, Suite 4600
                                                 New York, New York 10165
24                                               Telephone: (212) 697-6484
                                                 Facsimile: (212) 697-7296
25                                               peretz@bgandg.com
26

27                                               *Additional Counsel for Lead Plaintiff Gabe*
                                                 *Galioto*
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PROOF OF SERVICE**

I hereby certify that on January 17, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_/s/ Michael J. Wernkei_
Michael J. Wernke